UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN WEESE, et al.,

    Plaintiffs,

v.

KALAMAZOO COUNTY COMMUNITY
MENTAL HEALTH, et al.,

    Defendants.
_____/

Case No. 1:15-cv-126

HON. JANET T. NEFF

## ORDER

This is a civil action filed by *pro se* litigants. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 11, 2015 (Dkt 7) recommending that this Court dismiss Plaintiffs' complaint for failure to state a claim upon which relief may be granted. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs' complaint is DISMISSED for failure to state a claim upon which relief may be granted.

A Judgment will be entered consistent with this Order.

Dated: March 5, 2015                               /s/ Janet T. Neff
                                                                       JANET T. NEFF
                                                                       United States District Judge